United States District Court
Violation Notice

| Location Code | |
|---|---|
| EL62 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6776908 | MALIONEK | 1673 |

6776908

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 04/26/2019 1750 | 36 CFR 4.21(c) |

Place of Offense
NC HWY 12N @ Pealsland VC

Offense Description: Factual Basis for Charge HAZMAT ☐

SPEED (86/55)

DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SHEPPARD | Samuel | A |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

2:19-MJ-1056-1

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 175 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 205 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Notice Served | |
| NP19044237 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04/26/2019, 20 19 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina

See Attached

The foregoing statement is based upon:
✓ my personal observation ✓ my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/26/2019 [signature] (1673)
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/29/2019 11:57

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on April 26, 2019 while exercising my duties as a law enforcement officer in the eastern District of North Carolina

At approximately 1750 hours, while patrolling within the boundary of Cape Hatteras National Seashore on HWY 12 near mile marker 30, I observed a white Ford F350 traveling north at a high rate of speed. I estimated the speed between 85 and 90 mph.

The RADAR unit, while producing a clear and steady tone, confirmed the Ford was traveling at 86 mph in a well posted 55 mph zone.

Upon conducting a traffic stop, I identified the operator as Samuel SHEPPARD.

I issued SHEPPARD a violation notice for speed, 36 CFR 4.21(c).

The RADAR unit was tested prior to, and after SHEPPARD was contacted using a 30 mph fork and a 55 mph fork.

VIOLATION NOTICE: 6776908
CVB LOCATION CODE: EC62

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/26/2019 ____________ (1673)
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

## United States District Court
## Violation Notice

CVB Location Code: EC62

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6776909 | Malinak | 1673 |

6776909

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/26/2019 | 36 CFR 4.22 (b)(1) |

Place of Offense: NC HWY 12n near Pea Island VC

Offense Description: Factual Basis for Charge — HAZMAT ☐

Unsafe operation (w/o Due care)

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| SHEPPARD | Samuel | A |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

2:19-MJ-1056-2

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 180 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Notice served

NCP19044237

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ____________________

(Rev. 09/2015)

Original - CVB Copy

(For issuance of an arrest warrant or summons)

I state that on April 26, 2019 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina

see Attached

The foregoing statement is based upon:
✓ my personal observation ✓ my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/26/2019 (Date (mm/dd/yyyy)) [signature] (1673) (Officer's Signature)

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/29/2019 11:58

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on April 26, 2019 while exercising my duties as a law enforcement officer in the eastern District of North Carolina

At approximately 1750 hours, while patrolling within the boundary of Cape Hatteras National Seashore on HWY 12 near mile marker 30, I observed a white Ford F350 traveling north at a high rate of speed passing a line of cars. The cars were traveling at approximately 65 mph. The RADAR unit the Ford was traveling at 86 mph in a well posted 55 mph zone.

Before this, I had observed large plums of dark smoke, like the ones caused by a deiseal motor when the accelerator is aggressively engaged, puffing up every few seconds from somewhere ahead of me. When this FORD started to pass the line of cars, I saw a similar plume of smoke.

Upon conducting a traffic stop, I identified the operator as Samuel SHEPPARD.

I issued SHEPPARD a violation notice for Unsafe Operation: W/O due care, 36 CFR 4.22(b)(1).

VIOLATION NOTICE: 6776909
CVB LOCATION CODE: EC62

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/26/2019 [signature] (1673)
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge